UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
CFA INSTITUTE, a Virginia Non-Stock Corporation,

          Plaintiff,

   -against-

COMMERCIAL FINANCE ASSOCIATION, INC., a Delaware Not-for-Profit Corporation,

          Defendant.
------------------------------------- X

**ECF CASE**

Case No.

**RULE 7.1 STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, Plaintiff CFA Institute ("CFA Institute") hereby certifies that: CFA Institute does not have a parent corporation and no publicly held corporation owns ten percent (10%) or more of CFA Institute's stock.

Dated: New York, New York
       August 11, 2017

Respectfully submitted,

DLA PIPER LLP (US)

By: /s/ Ashley H. Joyce
    Ashley H. Joyce (NY Bar No. 4757076)
    John M. Nading (DC Bar No. 981625, *pro hac vice* application pending)
    500 8th Street, NW
    Washington, DC  20004
    Telephone: 202-799-4000
    Facsimile: 202-799-5000
    ashley.joyce@dlapiper.com
    john.nading@dlapiper.com

    *Attorneys for Plaintiff*
    *CFA Institute*