UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CFA Institute, a Virginia Non-Stock Corporation<br><br>    Plaintiff,<br><br> -against-<br><br>Commercial Finance Association INC., a Delaware Not-for-Profit Corporation<br><br>    Defendant. | Case No. 1:17-cv-06085<br>**MOTION TO ADMIT JOHN M. NADING** *PRO HAC VICE* |

  Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, John M. Nading, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Plaintiff CFA Institute in the above-captioned action.

  I am a member in good standing of the bars of the Court of Appeals of the District of Columbia and the Supreme Court of the State of Georgia and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Civil Rule 1.3.

Dated:  August 11, 2017           Respectfully submitted,

                     **DLA PIPER LLP (US)**

                 By: /s/ *John M. Nading*
                   John M. Nading
                   500 Eighth Street, NW
                   Washington, D.C. 20004
                   Tel.:  (202) 799-4157
                   Fax:  (202) 799-5157
                   E-mail: john.nading@dlapiper.com

                   *Attorneys for Plaintiff*
                   *CFA Institute*

## **CERTIFICATE OF SERVICE**

      This certifies that the foregoing Motion to Admit John M. Nading with accompanying papers was filed electronically.  Notice of this filing will be sent by e-mail to all counsel of record by operation of the Court's electronic filing system.  Parties may access this filing through the Court's CM/ECF system.

                                                */s John M. Nading*
                                                John M. Nading

Dated:  August 11, 2017